IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| THE UNITED STATES OF AMERICA, ) | |
| ) | |
| ) | CRIMINAL ACTION |
| v.            ) | INDICTMENT No: |
| ) | 19CR00302 |
| ) | |
| ORLANDO BUENO HONTIBEROS, ) | |
| ) | |
| Defendant ) | |

**ENTRY OF APPEARANCE**

COMES NOW Jonathan R. Melnick and enters his name as attorney of record for the above named Defendant Orlando Bueno Hontiberos.

This 21st day of August, 2019.

                                           /s/
                                    JONATHAN R. MELNICK
                                    Attorney for the Defendant
                                    GBN 501254

3355 Lenox Rd.
Suite 750
Atlanta, GA. 30326
(404)249-8383

```
              IN THE UNITED STATES DISTRICT COURT
                 NORTHERN DISTRICT OF GEORGIA
                        ATLANTA DIVISION

THE UNITED STATES OF AMERICA,        )
                                     )
                                     )    CRIMINAL ACTION
         v.                          )    INDICTMENT No:
                                     )    19CR00302
                                     )
ORLANDO BUENO HONTIBEROS,            )
                                     )
         Defendant                   )
```

**CERTIFICATE OF SERVICE**

    I do hereby certify that I have served the foregoing Entry of Appearance on the government and counsel of record through the court's CM/ECF filing system: Nicholas.joy@usdoj.gov, lhodges@lhodgeslaw.com.

    This 21st day of August, 2019.

                                             /s/
                                         JONATHAN R. MELNICK
                                         Attorney for the Defendant
                                         GBN 501254

3355 Lenox Rd.
Suite 750
Atlanta, GA. 30326
(404)249-8383