# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

### 1:19-cr-00302-JPB-CMS
### USA v. Hontiberos
### Honorable J. P. Boulee

Minute Sheet for proceedings held In Open Court on 11/19/2020.

TIME COURT COMMENCED: 1:15 P.M.
TIME COURT CONCLUDED: 1:40 P.M.
TIME IN COURT: 00:25
OFFICE LOCATION: Atlanta

COURT REPORTER: Penny Coudriet
COURT INTERPRETER: Sandra Bravo
DEPUTY CLERK: Brittney Walker

| | |
|---|---|
| DEFENDANT(S): | [1]Orlando Bueno Hontiberos Present at proceedings |
| ATTORNEY(S) PRESENT: | Nicholas Joy representing USA<br>Jonathan Melnick representing Orlando Bueno Hontiberos |
| PROCEEDING CATEGORY: | Sentencing Hearing(Sentencing Hearing Non-evidentiary); |
| MINUTE TEXT: | Sentencing hearing held as to Orlando Hontiberos. Defendant and Defense Counsel consented to having sentencing via Zoom. There were no objections to PSR by the Government or Defendant. PSR was adopted by the Court to which no objection was raised. Court presented guideline calculations and sentencing options. Defense counsel spoke on Defendant's behalf. Defendant spoke on his own behalf. The Court advised Defendant of his right of allocution. The sentence was pronounced. See J&C for details. The 3553 factors and appeal rights were given by the Court. |
| HEARING STATUS: | Hearing Concluded |